Whitney Huston, State Bar #234863
Kerstin Arusha, State Bar #182624
FAIR HOUSING LAW PROJECT
111 West St. John Street, Suite 315
San Jose, California 95113
Telephone: (408) 280-2427
Fax: (408) 293-0106

*E-filed 4/21/06*

Attorneys for Plaintiffs Venada Vance and Project Sentinel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose)

| | |
|---|---|
| VENADA VANCE, et al.<br><br>    Plaintiffs,<br><br>    v.<br><br>GARY AND KRISTINA NIEDERMIER,<br><br>    Defendants | **Case No. C-05-03631 HRL**<br><br>**[PROPOSED] ORDER GRANTING EXTENSION OF TIME FOR COMPLETING ADR PROCESS AND FACTUAL DISCOVERY CUT OFF** |

Upon review of the parties' stipulation requesting the extension of time for completing the ADR process and factual discovery cut-off and good cause appearing:

IT IS HEREBY ORDERED that the Court adopts the parties' request for extended time.

IT IS ORDERED, the deadline for this matter to be calendared for court mediation is no later than June 1, 2006.

IT IS FURTHER ORDERED, the deadline for factual discovery cut-off is no later than July 1, 2006. All other dates are unchanged.

Dated: 4/21/06

_____
Honorable Judge Lloyd
United States Magistrate Judge

Vance, et al. v. Niedermier, et al., No. C05 03631 HRL