Whitney Huston, State Bar #234863  
Kerstin Arusha, State Bar #182624  
FAIR HOUSING LAW PROJECT  
111 West St. John Street, Suite 315  
San Jose, California 95113  
Telephone: (408) 280-2427  
Fax: (408) 293-0106  

*E-filed 6/26/06*

Attorneys for Plaintiffs Venada Vance and Project Sentinel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose)

| | |
|---|---|
| VENADA VANCE, et al.<br><br>    Plaintiffs,<br><br>    v.<br><br>GARY AND KRISTINA NIEDERMIER,<br><br>    Defendants | Case No. C-05-03631 HRL<br><br>**ORDER MODIFYING**<br>~~STIPULATION FOR MODIFICATION TO~~<br>**DISCOVERY AND TRIAL SCHEDULE**<br>**AS AMENDED BY THE COURT** |

The parties in the above entitled matter, by and through their respective counsel, hereby stipulate as follows:

    1. Whereas Plaintiffs filed their Complaint and Demand for Jury trial on September 9, 2005.

    2. Whereas Defendants answered the Complaint on November 11, 2005.

    3. Whereas the parties made a good faith effort to set up a mediation using Jerry Fong, Esq as a mediator.

    4. Whereas the parties scheduled and planned a mediation for March 27, 2006, but were forced to reschedule because Plaintiff Ms. Vance was in a car accident, for which she was hospitalized, on March 25, 2006.

---

Vance, et al. v. Niedermier, et al., No. C05 03631 HRL  
~~STIPULATION FOR~~ MODIFICATION TO DISCOVERY AND TRIAL SCHEDULE

5. Whereas the parties agreed to keep attorneys fees costs minimized by not engaging in any substantive discovery until a good faith effort to resolve their dispute through mediation had been undertaken.

6. Whereas the parties attended a mediation on May 22, 2006 which was the earliest available date compatible with all parties shedules.

7. Whereas parties made a good faith effort to resolve the case through mediation, but failed to do so.

8. Whereas immediately following the failed mediation the parties began serving discovery and scheduling depositions.

9. Whereas Defendants' attorney is unavailable the following dates:
- June 16-22 Trial Preparation
- June 23-30 Trial
- July 10-14 Trial Preparation
- July 17-30 Trial
- October 2-6 Trial

10. Whereas Defendants are unavailable the following dates:
- July 17-August 14

11. Whereas Plaintiffs are unavailable the following dates:
- July 3-7
- October 20-23

12. Whereas the earliest possible date Defendants are available for deposition is August 15.

13. Whereas discovery cannot possibly be completed prior to these depositions.

14. Whereas Plaintiffs plans to designate experts.

15. Whereas the jury trial is scheduled for September 18, 2006.

The parties hereby stipulate to the following discovery and trial dates:

Fact Discovery Cutoff ……………………………………………..August 25, 2006

Vance, et al. v. Niedermier, et al., No. C05 03631 HRL
~~STIPULATION FOR~~ MODIFICATION TO DISCOVERY AND TRIAL SCHEDULE

1  Designation of Experts with Reports ………………………………...August 25, 2006
2  Designation of Rebuttal Experts with Reports ………………………September 8, 2006
3  Expert Discovery Cutoff …………………………………………….October 6, 2006
4  Last Day for hearing on Dispositive motions ………………………Waive
5  Final Pretrial Conference …………………………………………….~~October 17, 2006~~ October 24, 2006, 1:30 p.m.
6  Jury trial (estimated 5 days) …………………..……………………...October 30, 2006

7
8  Dated: June 12, 2006            **FAIR HOUSING LAW PROJECT**

9
10           ___/S/_____
             **Whitney Huston**
             Attorney for Plaintiffs Venada Vance and Project Sentinel
11

12 Dated: June 12, 2006            **ADLESON, HESS & KELLY**

13
14           ___/S/_____
             **Edward C. McDonald**
             Attorney for Defendants George and Kristina Niedermier
15

16

17  The court adopts the parties' stipulated schedule, as amended.  The court expects the parties to comply fully and promptly with its Standing Order re: Pretrial Preparation.
18  IT IS SO ORDERED.

19

20   Dated 6/26/06                  /s/   Howard R. Lloyd
                                    Magistrate Judge Howard R. Lloyd
21

22

23

24

25

26

27

28

<u>Vance, et al. v. Niedermier, et al.</u>, No. C05 03631 HRL
~~STIPULATION FOR~~ MODIFICATION TO DISCOVERY AND TRIAL SCHEDULE